**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

BRENDA LEE ROBERTS,                    )
                                       )
            Plaintiff,                 )
                                       )
      -v-                              )       Civil Action No. 1-12-cv-958
                                       )
MICHAEL J. ASTRUE,                     )
                                       )
            Defendant.                 )
                                       )

## ORDER

Before the Court are parties' cross-Motions for Summary Judgment (Dkt. Nos. 11 and 13) and Plaintiff's alternative Motion to Remand (Dkt. No. 14). The Magistrate Judge issued a Report and Recommendation on August 12, 2013 (Dkt. No. 19). The Court has reviewed the pleadings in this case, as well as the Report and Recommendation, and hereby adopts the findings of the Magistrate Judge. It is therefore **ORDERED**:

1. Defendant's Motion for Summary Judgment (Dkt. No. 11) is **DENIED**;

2. Plaintiff's Motion for Summary Judgment (Dkt. No. 13) is **GRANTED**;

3. Plaintiff's Motion to Remand (Dkt. No. 14) is **DISMISSED** as moot; and

4. Plaintiff is awarded Social Security disability income benefits from April 2, 2007 and Supplemental Security Income benefits from April 2, 2007.

September 23, 2013
Alexandria, Virginia

_____
                    /s/
Liam O'Grady
United States District Judge